# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

NHC LLC,

Plaintiff(s),

v.

Centaur Construction Company Inc. et al,

Defendant(s).

Case No. 19 C 6332
Judge Matthew F. Kennelly

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: On Count 1 (breach of contract) – In favor of plaintiff NHC LLC and against defendants Centaur Construction Co. and Spiros Tsaparas jointly and severally. On Count 2 (fraud) - In favor of plaintiff NHC LLC and against defendants Centaur Construction Co.; Spiros Tsaparas; and Peter Alexopoulos jointly and severally. Compensatory damages are awarded in favor plaintiff NHC LLC and against defendants Centaur Construction Co.; Spiros Tsaparas; and Peter Alexopoulos jointly and severally in the total amount of $22,272,124.34. This entire amount is attributable to Count 2 (fraud). Of this same total $22,122,124.34 is attributable to Count 1 (breach of contract) for which defendants Centaur Construction Co. and Spiros Tsaparas are jointly and severally liable. Punitive damages are awarded on Count 2 (fraud) in favor of plaintiff NHC LLC and against defendant Centaur Construction Co. in the amount of $630,666.00; against defendant Spiros Tsaparas in the amount of $1,500,000.00; and against defendant Peter Alexopoulos in the amount of $400,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.

☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  3/15/2023                                   Thomas G. Bruton, Clerk of Court

                                                   Melissa Astell , Deputy Clerk