MR

FILED
7/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VKM

**CHASE**
Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

**RE: NHC LLC v. SPYRIDON TASAPARAS, PETER ALEXOPOULOS, SPIROS TASAPARAS, CENTAUR CONSTRUCTION CO INC Case No.: 19CV06332, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): SPYRIDON TASAPARAS, PETER ALEXOPOULOS, SPIROS TASAPARAS, CENTAUR CONSTRUCTION CO INC

Memo: Account(s) Closed

Answers

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | No |
| Is this an IRA account or are all funds in the account(s) exempt funds? | Not Applicable |
| Is / are the account(s) current balance equal to or less than the total of the exempt deposits? | Not Applicable |
| List all electronic deposits into account(s) and their source(s): | Not Applicable |
| List adverse claims | Not Applicable |
| Signature | /S/ Tomas Sanchez |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,


Tomas Sanchez
Transactions Specialist IV
JPMorgan Chase Bank, N.A.


Date: Tuesday, Jun 18, 2024

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604



FIRST-CLASS MAIL
PRESORT
U.S. POSTAGE PAID
BROOKLYN, NY
PERMIT NO. 2097

29 FAJBMP1 60604

RECEIVED

JUL 02 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT