RECEIVED
1/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,<br><br>Defendants. | No. 19-cv-06332<br><br>Honorable Matthew F. Kennelly |

## NOTICE OF INITIAL RETURN DATE FOR THIRD PARTY CITATION TO DISCOVER ASSETS TO BRYAN KELLN

Plaintiff, NHC LLC, has issued a third party citation to discover assets to Bryan Kelln (attached hereto as **Exhibit 1**) which includes an initial return date of February 25, 2025, at 9:30 a.m., before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2103, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

Dated: January 15, 2025   Respectfully submitted,

                                                             NHC LLC

                                                             By: /s/ *Zachary J. Watters*
                                                                            One of Its Attorneys

Daniel P. Jackson, Bar No. 6289813
Zachary J. Watters, Bar No. 6310675
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
zwatters@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T: +1 312 332 3033
gsmarziani@davismcgrath.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2025, a true and correct copy of the foregoing **NOTICE OF INITIAL RETURN DATE FOR THIRD PARTY CITATION TO DISCOVER ASSETS TO CORRI MCFADDEN** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

/s/ *Zachary J. Watters*
An Attorney for NHC LLC