**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NHC LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2019 C 6332 |
| | ) | |
| | ) | |
| CENTAUR CONSTRUCTION COMPANY, | ) | Judge Matthew Kennelly |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

## STATUS REPORT

Plaintiff and Judgment Creditor, NHC LLC ("NHC"), through its undersigned counsel, hereby files this Status Report pursuant to the Court's February 25, 2025 minute entry (Dkt. No. 596) regarding the initial return date of the third-party citation issued to Bryan Kelln (Dkt. No. 572) and states as follows:

Despite diligent efforts by NHC, the third-party citation issued to Mr. Kelln has not yet been served. NHC's efforts to serve Mr. Kelln with the third-party citation are outlined in its pending Motion for Alternative Service. (Dkt. No. 595.) NHC was not aware that the Court intended to call this matter for status this morning and apologizes for any inconvenience. Once Mr. Kelln is served with an alias third-party citation and has completed his document production, NHC will coordinate with his counsel in order to schedule his citation examination at a date and time that is mutually convenient. NHC does not anticipate that the citation examination of Mr. Kelln will take place before the Court.

Dated:  February 25, 2025          Respectfully submitted,

NHC LLC


By:  /s/ *Zachary J. Watters*
                    One of Its Attorneys

Daniel P. Jackson, Bar No. 6289813
Zachary J. Watters, Bar No. 6310675
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
djackson@vedderprice.com
zwatters@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T:  +1 312 332 3033
gsmarziani@davismcgrath.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 25, 2025, a true and correct copy of the foregoing **STATUS REPORT** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

_/s/  Zachary J. Watters_
An Attorney for NHC LLC