IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, <br><br> Defendants. | No. 19-cv-06332 <br><br> Honorable Matthew F. Kennelly |

## NHC LLC's MOTION TO STRIKE ERRONEOUS DUPLICATIVE FILING

Plaintiff/Judgment Creditor, NHC LLC ("NHC"), by its undersigned counsel, moves this Court to strike an erroneous and duplicative filing mistakenly submitted by NHC. In support of this Motion, NHC states as follows:

1. On March 3, 2025, NHC filed a Motion for an Order Charing Peter Alexopoulos's Distributional Interests in Certain LLCs (Dkt. No. 602) and a Motion for an Order Charging Spiro Tsaparas's Distributional Interests in Certain LLCs (Dkt. No. 603). Collectively these motions are referred to as the "Charging Motions."

2. On April 2, 2025, Defendants/Judgment Debtors Peter Alexopoulos and Spiro Tsaparas filed a joint response to the Charging Motions. (Dkt. No. 623.)

3. On April 16, 2025, NHC filed its omnibus reply in support of the Charging Motions. (Dkt. No. 637.) As a result, the Charging Motions are now fully briefed.

4.  On that same day, NHC inadvertently filed an identical and duplicative omnibus reply in support of the Charging Motions. (Dkt. No. 636.) NHC apologies for this confusion and files the instant Motion in order to avoid any further confusion created by having duplicative filings on the docket.

5.  For the reasons outlined above, NHC respectfully requests that the Court enter an Order directing the Clerk to strike or delete Docket Number 636 (the identical and duplicative omnibus reply in support of the Charging Motions) from the Docket.

WHEREFORE Plaintiff NHC LLC respectfully requests this Court to grant its motion and enter an order directing the Clerk to strike or delete Docket Number 636 from the Docket, and for such other relief as the Court deems reasonable and just.

Dated: April 17, 2025                              Respectfully submitted,

                                                    NHC LLC


                                                  By: /s/ *Zachary J. Watters*
                                                                   One of Its Attorneys


Daniel P. Jackson, Bar No. 6289813
Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675
Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T: +1 312 332 3033
gsmarziani@davismcgrath.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 17, 2025, a true and correct copy of the foregoing **NHC LLC's MOTION TO STRIKE ERRONEOUS DUPLICATIVE FILING** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

                                              /s/ Zachary J. Watters
                                              An Attorney for NHC LLC