# Exhibit A

## Representative Text Messages

The messages below are 13 representative text messages between Deanna Van Senus and Spiro Tsaparas discussing Centaur Construction business in 2022, 2023, and into 2024. Van Senus has produced hundreds of such text messages. The messages in pink are from Van Senus and the messages in green are from Tsaparas.

| Contact | Timestamp | Direction | Contact | Message |
|---|---|---|---|---|
| Spiro Tsaparas | 2022-03-13 13:29:08 | Incoming | Spiro Tsaparas | Do you know the credentials to go on Centaurs ATT account? |
| Spiro Tsaparas | 2022-03-23 10:43:50 | Outgoing | | Nancy responded and acknowledged the mistake. Wiring funds to centaur now |
| Spiro Tsaparas | 2022-08-06 12:13:32 | Outgoing | | The proposal for 201 is directed to centaur. Should I cross that out and put 201 Main LLC? |
| Spiro Tsaparas | 2022-11-10 11:50:48 | Outgoing | | Please log into zoom as back up for me and record the meeting if that isn't going to be an issue. Username: ███████@centaurco.com PW: ███████ |
| Spiro Tsaparas | 2022-11-18 12:22:46 | Incoming | Spiro Tsaparas | Please pay yourself and insurance Bring the account to above zero and let's talk later Pay things from centaur account for insurance and triton for you |
| Spiro Tsaparas | 2022-11-21 11:37:06 | Outgoing | | All set for 10:30 on Wednesday. Sheri asked to collect payment today but I told her I needed to speak to you first. |
| Spiro Tsaparas | 2022-11-21 11:38:29 | Incoming | Spiro Tsaparas | Go ahead and move to centaur and call her with the card number. Use centaur. |
| Spiro Tsaparas | 2022-12-30 09:30:38 | Outgoing | | If you haven't left the house yet, can you check your mail for the new centaur debit card? |
| Spiro Tsaparas | 2023-01-27 13:36:25 | Outgoing | | Wire is from centaur, correct? |
| Spiro Tsaparas | 2023-01-27 13:37:03 | Incoming | Spiro Tsaparas | Yes Transfer from personal And send wire from centaur |
| Spiro Tsaparas | 2023-05-19 20:36:10 | Incoming | Spiro Tsaparas | Reminder to shut down Centaur website. |
| Spiro Tsaparas | 2024-06-13 20:20:10 | Incoming | Spiro Tsaparas | Can you please figure out how to shut down the centaurco instagram account? Just saw it |
| Spiro Tsaparas | 2024-11-22 14:19:00 | Outgoing | | Do I have Mark sign the CO for R & A for 201 Main or can you sign it? It's for $93,287 |