IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS and PETER ALEXOPOULOS,<br><br>Defendants. | No. 19-cv-06332<br><br>Honorable Matthew F. Kennelly |

## CHARGING ORDER – SPORTSMAN'S RESOURCE TRAINING, LLC

This cause comes before the Court on the application of Plaintiff, NHC LLC, for an order charging the distributional interests of Peter Alexopoulos ("Alexopoulos" or the "Member") in Sportsman's Resource Training LLC ("Sportsman's"). Due notice has been given to all parties entitled hereto. The Court, being fully advised in the premises, finds as follows:

1. Sportsman's is an Illinois limited liability company.

2. The Member owns a percentage of the distributional interests of Sportsman's.

3. Judgment was entered against the Member, jointly and severally, in the sum of no less than $22,272,124.34 (the "Judgment").

4. The Judgment remains largely unsatisfied.

IT IS THEREFORE ORDERED as follows:

A. Pursuant to 805 ILCS 180/30-20, the distributional interest of Alexopoulos in and to Sportsman's is hereby charged to satisfy the Judgment.

B. This order shall constitute a lien against the respective distributional interests of Alexopoulos in and to Sportsman's, effective as of the date of attachment of his interests.

C. If the Judgment remains unsatisfied on the 30th day after entry of this Order, the Court shall, upon request of NHC, order foreclosure by judicial sale of the lien hereby imposed

against the distributional interests of Alexopoulos in and to Sportsman's, on such terms and conditions as the Court shall direct after notice and hearing.

  D. Sportsman's shall render to Vedder Price P.C. (as attorney/agent for NHC) an accounting on a monthly basis of all profits, monies and assets due or to become due to Alexopoulos; provided, however, that Sportsman's shall pay directly to Vedder Price P.C. (as attorney/agent for NHC), and not to Alexopoulos, all profits, monies and assets as the same shall become due.

  E. This order does not adjudicate priority as between the lien of NHC and any creditor of defendants who is not a party to this case.

  F. The Court hereby retains jurisdiction of the subject matter of this cause and all parties hereto for the purpose of enforcing this order, and the Court expressly finds that there is no just reason for delaying the enforcement or appeal of this order, or both.

Dated: 4/30/2025       ENTERED:

              _____
              MATTHEW F. KENNELLY
              United States District Judge

VP/#69952803