IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

    Defendants.

No. 19-cv-06332

Honorable Matthew F. Kennelly

## JUDGMENT AGAINST BRYAN KELLN

This matter coming to be heard on the return date for duly served summons to confirm conditional judgment in favor of Plaintiff and Judgment Creditor NHC LLC ("Judgment Creditor") and against Third-Party Citation Respondent/Conditional Judgment Debtor Bryan Kelln ("Kelln"), the Court having jurisdiction over the parties hereto and subject matter hereof, and having and been fully advised in the premises, the Court **HEREBY FINDS AS FOLLOWS**:

1. After a jury trial, judgment was entered against defendants Centaur Construction Co., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Initial Judgment Debtors") jointly and severally in the total amount of $22,272,124.34 for fraud and breach of contract plus punitive damages against the defendants individually and in particular Tsaparas in the amount of $1,500,000.00 ("Judgment"). (Dkt. No. 228.)

2. On March 6, 2025, Judgment Creditor caused this Court to issue a Third-Party Alias Citation to Discover Assets to Kelln concerning the assets of the Initial Judgment Debtors (the "Citation"). (Dkt. No. 624-1.)

3. The Citation commanded the production of documents on or before March 28, 2025. (Dkt. No. 624-1.) To date, Kelln has not produced any documents or answer to the Citation.

4. The initial return hearing date on the Citation was April 4, 2025. (Dkt. No. 624-1.) Kelln failed to appear in court on April 4, 2025.

5. On April 7, 2025, the Court issued an Order for Rule to Show Cause and Conditional Judgment Against Bryan Kelln. (Dkt. No. 626.) The amount of the Conditional Judgment was $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter.

6. On April 9, 2025, Judgment Creditor caused the Clerk to issue a Summons – Confirm Conditional Judgment (the "Summons").

7. The Order for Rule to Show Cause and Conditional Judgment Against Bryan Kelln and Summons were served on Kelln consistent with the Court's March 5, 2025 Order permitting service by alternative methods. (Dkt. No. 646.)

8. The Order for Rule to Show Cause and Conditional Judgment Against Bryan Kelln commanded Kelln, on or before April 21, 2025, to show cause, in writing, why he should not be held in contempt for failure to comply with the Citation. (Dkt. No. 626.) Kelln failed to show cause.

9. The Order for Rule to Show Cause and Conditional Judgment Against Bryan Kelln set a contempt hearing on April 25, 2025 at 9:30 a.m. (Dkt. No. 626.) Kelln failed to appear for the contempt hearing.

**IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT THAT:**

1. A Judgment is hereby entered in favor of Plaintiff NHC LLC and against Bryan Kelln in the amount of $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter.

2. That this Judgment is final for all purposes upon entry hereof, may be enforced to the fullest extent of the law, and there is no just reason for delay of enforcement.

3. That the Clerk shall issue any writs as may be necessary to carry out enforcement of the instant Judgment.

Dated: 4/30/2025                    ENTERED:

_____
MATTHEW F. KENNELLY
United States District Judge

2

<u>Prepared By</u>:

Daniel P. Jackson, Bar No. 6289813
Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675
Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T: +1 312 332 3033
gsmarziani@davismcgrath.com

*Counsel for NHC LLC*

VP/#71070315