IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

        Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

        Defendants.

No. 19-cv-06332

Honorable Matthew F. Kennelly

## ORDER FOR RULE TO SHOW CAUSE AND CONDITIONAL JUDGMENT AGAINST BROADSMORE CAPITAL, LLC

This matter coming to be heard on Plaintiff/Judgment Creditor's Motion for Rule to Show Cause as to Why Third-Party Citation Respondent Broadsmore Capital, LLC Should Not Be Held in Contempt of Court and for Entry of Conditional Judgment (the "Motion") made by Plaintiff and Judgment Creditor NHC LLC ("Judgment Creditor"), the Court having jurisdiction over the parties hereto and subject matter hereof, and having and been fully advised in the premises, the Court **HEREBY FINDS AS FOLLOWS**:

1. After a jury trial, judgment was entered against defendants Centaur Construction Co., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Initial Judgment Debtors") jointly and severally in the total amount of $22,272,124.34 for fraud and breach of contract plus punitive damages against the defendants individually and in particular Tsaparas in the amount of $1,500,000.00 ("Judgment"). (Dkt. No. 228.)

2. On or about June 21, 2024, Judgment Creditor caused this Court to issue a Third-Party Citation to Discover Assets to Broadsmore Capital, LLC ("Broadsmore") concerning the assets of the Initial Judgment Debtors (the "Citation"). (Dkt. No. 422.)

3. The Citation commanded the production of documents on or before June 28, 2024. (Dkt. No. 422.) To date, Broadsmore has not produced any documents or answer to the Citation.

4. The initial return hearing date on the Citation was July 3, 2024. (Dkt. No. 604-1.) Broadsmore failed to appear in court on July 3, 2024.

**IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT THAT:**

(i) the Motion is granted and a conditional judgment (the "Conditional Judgment") is hereby entered in favor of NHC LLC and against Broadsmore Capital, LLC in the original

principal amount of $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter; and

      (ii) On or before May 14, 2025, Broadsmore Capital, LLC is ordered to show cause, in writing, why it should not be held in contempt for failure to comply with the Citation.

Dated: 4/30/2025                    ENTERED:

                                          _____
                                          MATTHEW F. KENNELLY
                                          United States District Judge