United States District Court
Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: Case No. 1:19-cv-06332

**Case Title**: *NHC v. Centaur Construction Company, et. al.*

**Judge**: Hon. Matthew J. Kennelly

**Name of Attorney(s)**: (1) Matthew Horn; (2) Kimberly Herring; (3) Michael Cocciemiglio; (4) Constantine Gavrilos

I. **Name of Client**: Spiro Tsaparas

    **Mailing address of Client**: 96 Mountain Laurel Court, Unit A

    **City:** Aspen      **State:** Colorado

    **Zip:** 81611      **Telephone Number:** (312) 735-4960

    **Email address of Client:** spiro@msourcingllc.com

II. **Name of Client**: Peter Alexopoulos

    **Mailing address of Client**: 8053 N. Ozark Avenue

    **City:** Niles      **State:** Illinois

    **Zip:** 60714      **Telephone Number:** (847) 282-2728

    **Email address of Client:** peter@srtrainingllc.com

**III.** **Name of Client**: Centaur Construction Company (dissolved entity)

**Mailing address of Client**: 501 S. Second Ste., Ste 328 (IL Secretary of State)

**City:** Springfield **State:** Illinois

**Zip:** 62756 **Telephone Number:** N/A

**Email address of Client:** N/A

**IV.** **Name of Client**: William Alexopoulos

**Mailing address of Client**: 3319 Springdale

**City:** Glenview **State:** IL

**Zip:** 60025 **Telephone Number:** Home 847 998-5232

**Email address of Client:** N/A

**Please note that Mr. Alexopoulos is 92 years old and English is not his first language. Mr. Alexopoulos' son, Peter Alexopoulos (contact information above), is willing to serve as the point of contact for him.**

**V.** **Name of Client**: Alexandra Alexopoulos

**Mailing address of Client:** 8053 N Ozark Ave.

**City:** Niles **State:** Illinois

**Zip:** 60714 **Telephone Number:** 847 823-3999

**Email address of Client:** alexiaa99@gmail.com

VI.  **Name of Client**: <u>EDrop-Off, Chicago (dissolved entity)</u>

    **Mailing address of Client**: 96 Mountain Laurel Court, Unit A

    **City:** Aspen     **State:** Colorado

    **Zip:** 81611     **Telephone Number:** (312) 952-3047

    **Email address of Client:** cm@glitterandbubbles.com

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:**     /s/ Constantine Gavrilos

**Date:** <u>May 5, 2025</u>