**3043203 – MWH/KAH**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, | |
| Plaintiff, | No. 1:19-cv-06332 |
| v. | Honorable Matthew F. Kennelly |
| CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, | |
| Defendants. | |

**SPIRO TSAPARAS' DISCLOSURE OF MONTHLY EXPENSES**
**(APRIL 1-30, 2025)**

Pursuant to 28 U.S.C. § 1746, I,  Spyridon Tsaparas  , submit this Monthly Financial Disclosure for the month of March 2025, and state as follows:

1. I am over eighteen years of age, of sound mind and make this declaration based on personal knowledge and after reviewing my financial records.

2. My **gross** monthly income is supposed to be $  28,333.35  .

3. My gross monthly income is subject to three wage deductions in favor of the following entities: (a) Plaintiff, NHC; (b) the Federal Internal Revenue Service; and (c) the State of Colorado Internal Revenue Service.

4. After applying the above wage deductions, my **net** monthly income was as follows:

(a) **$0.00** for the month of July 2024[1];
(b) **$0.00** for the month of August 2024[2];
(c) **$554.28** for the month of September 2024[3];

---

[1] Dkt. 492, Group Ex. D.
[2] Dkt. 492, Group Ex. D.
[3] Dkt. 512, Ex. A

      (d)      **$554.28** for the month of October 2024[4];
      (e)      **$0.00** for the month of November 2024;
      (f)      **$1,385.00** for the month of December 2024;
      (g)      **0.00** for the month of January 2025;
      (h)      **0.00** for the month of February 2025;
      (i)      **0.00** for the month of March 2025.

5.      My **net** monthly income for the month of April 2025 was **$0.00**; attached as **Group Exhibit B** are true and correct copies of my pay stubs for the month of April 2025.

6.      The expenditures, deductions and anticipated expenses as set forth on **Exhibit A** and Group Ex. B are a true and accurate statement of my expenses and expenditures for the month of April 2025.

7.      Since my last submission, I have not acquired any personal property valued at greater than $500.

9.      I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on    5/5/2025

_____
Name

---

[4] Dkt. 523, Ex. A

| Household Actvity Log | | DRAFT | Beginning Balance | | ($424.88) | | |
|---|---|---|---|---|---|---|---|
| Key Activity | Dates | | | | | | |
| [Bank Acct. #1] | | (withdrawals) | | Narrative | | | |
| | 4/11/2025 | Betterme | $ | 38.95 | | | |
| | 4/11/2025 | Apple | $ | 19.99 | | | |
| | 4/11/2025 | Apple | $ | 9.99 | | | |
| | 4/11/2025 | US Bank | $ | 6.95 | Monthly Maintenance Fee | | |
| | 4/14/2025 | US Bank | $ | 36.00 | Overdraft Fee | | |
| | 4/14/2025 | US Bank | $ | 36.00 | Overdraft Fee | | |
| | 4/14/2025 | United | $ | 11.20 | WiFi | | |
| | 4/14/2025 | Apple | $ | 11.75 | | | |
| | 4/15/2025 | US Bank | $ | 36.00 | Overdraft Fee | | |
| | 4/15/2025 | US Bank | $ | 36.00 | Overdraft Fee | | |
| | | (deposits) | | | | | |
| | 4/10/2025 | Zelle | $ | 500.00 | Payment from Corri | | |
| | 4/30/2025 | Zelle | $ | 650.00 | Payment from Corri | | |
| | 4/30/2025 | [Total Balance] | | $38.34 | | | |
| [Bank Acct. #2] | | | | | | | |

| | | Total Balance(s) | | | | Notes |
|---|---|---|---|---|---|---|

Rent
Renters Insurance
Health Insurance

| Utility Providers | (total amount) | Payments | Dates | Payor | Notes/Narrative |
|---|---|---|---|---|---|
| | 443.95 | $ 443.95 | 4/4/2025 | AT&T | Monthly cell phone bill |

| Automotive | (total amount) | Payments | Dates | Payor | Notes/Narrative |
|---|---|---|---|---|---|

Insurance/ Car Payments/ Registration

Fuel

Parking

| Credt Cards | 0.00 | Payments | Dates | Balance | Notes/ Narrative |
|---|---|---|---|---|---|

| Groceries/Food/Meals | (total) | Dates | | Payments | Notes/ Narrative |
|---|---|---|---|---|---|

Medical / RX

| Pet | (total) | Dates | Payments | Notes/ Narrative |
|---|---|---|---|---|

| Miscellaneous | (15.35) | | | | |
|---|---|---|---|---|---|
| | | 7/30/2024 | | (15.35) | |

Hair Salon, Personal Care, etc....
Misc Items

IRS - Federal Tax Obligations
Illinois Dept of Revenue - State Tax Obligation

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L5 / TOA 27742511 | 01/ | 2006629 | 1 of 1 |

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

# Earnings Statement



Period Starting: 03/16/2025
Period Ending: 03/29/2025
Pay Date: 04/04/2025

Business Phone: 312-560-6705

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 5800.00 Addnl
  State:
  Local:

Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 13076.93 | 91538.51 |
| **Gross Pay** | | | **$13,076.93** | **$91,538.51** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9003.74 | 63026.18 |
| Social Security | -810.77 | 5675.39 |
| Medicare | -189.62 | 1327.31 |
| Colorado State Income | -566.92 | 3968.44 |
| Colorado Paid Family | -58.85 | 411.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Private support | -2447.03 | 17129.24 |

| **Net Pay** | | **$0.00** |
|---|---|---|

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $13,076.93

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

**Pay Date:** 04/04/2025



Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L5 / TOA 27742511 | 01/ | 2034958 | 1 of 1 |

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

# Earnings Statement



Period Starting: 03/30/2025
Period Ending: 04/12/2025
Pay Date: 04/18/2025

Business Phone: 312-560-6705

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 5800.00 Addnl
  State:
  Local:

Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 13076.93 | 104615.44 |
| Gross Pay | | | $13,076.93 | $104,615.44 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9003.74 | 72029.92 |
| Social Security | -810.77 | 6486.16 |
| Medicare | -189.61 | 1516.92 |
| Colorado State Income | -566.92 | 4535.36 |
| Colorado Paid Family | -58.85 | 470.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Private support | -2447.04 | 19576.28 |
| Net Pay | $0.00 | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $13,076.93

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

**Pay Date:** 04/18/2025



Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611