# EXHIBIT A

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION


NHC LLC,                              )   Docket No. 19 C 6332
                                      )
                  Plaintiff,          )
                                      )
            vs.                       )
                                      )
CENTAUR CONSTRUCTION COMPANY INC.,    )   Chicago, Illinois
et al.,                               )   February 9, 2024
                                      )   9:15 o'clock a.m.
                  Defendants.         )

           TRIAL TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:    DAVIS MCGRATH LLC
                      BY:  MS. GINI S. MARZIANI
                      125 South Wacker Drive, Suite 300
                      Chicago, IL 60606
                      (312) 332-3033



For Defendant         SMITHAMUNDSEN LLC
Peter Alexopoulos:    BY:  MR. CONSTANTINE GAVRILOS
                           MS. KIMBERLY ANNE HERRING
                      150 North Michigan Ave, Suite 3300
                      Chicago, IL 60601
                      (312) 894-3329




Court Reporter:       MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                      Official Court Reporter
                      219 S. Dearborn Street, Suite 2102
                      Chicago, Illinois  60604
                      (312) 435-5639
```

1  talking about the income, and --
2          THE COURT:  Dog?
3          MR. GAVRILOS:  B, as in bravo.
4          THE COURT:  Oh, B, as in bravo.  Okay.
5          MR. GAVRILOS:  It set forth the income and asset form
6  and the types of questions that are --
7          THE COURT:  I'm looking at 2-1401.  Is that what I'm
8  supposed to be looking at?
9          MR. GAVRILOS:  No.  735 5/2-1402, subsection (b)(1).
10         THE COURT:  That is what I'm looking at.  I'm sorry.
11 I misspoke.  Citation notice.  Okay.
12         All right.  Can I hear your thoughts on that,
13 Ms. Marziani?  In other words, the "that" is this:  You've
14 served a citation that has a list of requests, you find out
15 that there are additional documents, you ask for them in some
16 other form, letter, email, whatever it is.
17         The argument is that's not good enough.  It has to be
18 in a citation or an amended citation.
19         What's your response to that?
20         MS. MARZIANI:  My response, your Honor, is that we
21 understand that it can be in writing or orally requesting
22 these additional documents.
23         THE COURT:  The idea being that it's not much
24 different from any other deposition?
25         MS. MARZIANI:  Exactly.

1  THE COURT: Yeah. I agree with her.

2  So this is what needs to happen. Because I think the
3  questions that I've asked basically kind of permeate all of
4  these. And there's a couple of other issues that we'll talk
5  about in a second.

6  So I'm overruling the objection -- the objections to
7  requests that weren't made in the citation form. As long as
8  the request has been made at some point during the time period
9  the citation is pending, then I think that as a matter of
10 form, it's appropriate.

11 Substance, different story. I get your argument on
12 that.

13 On the question of completeness of production -- and,
14 again, I'm looking -- and you'll see this when you go back and
15 look at the hard copy of the thing -- under Mr. Tsaparas, and
16 it's the same for the others, it's sub items 1 and 3,
17 documents were produced or documents -- we did a search,
18 couldn't find anything more, what you're going to need to do
19 for the judgment debtors is provide an affidavit of
20 completeness. We've done a search, here's what the search is,
21 we've produced everything we've got.

22 If you want to hold off waiting to do that until
23 you've responded to these other requests where I just
24 overruled the objection, that's fine. Okay? We'll talk about
25 dates for that in a second.

1    MS. MARZIANI: Correct.

2    THE COURT: Okay. I'm going to extend them to March
3 the 31st. March the 31st is Sunday. April the 1st. And that
4 means we'll have to -- whatever hearing we have to have will
5 have to be before that. And I'm doing that because I'm not
6 satisfied that they've been complied with in their entirety
7 yet, just to be clear about it. Not saying they haven't been.
8 I'm just not satisfied that they have been.

9    Okay. Thanks. Take care.

10    MR. GAVRILOS: Thank you, Judge.

11    MS. MARZIANI: Thank you very much, your Honor.

12   (Which were all the proceedings had in the above-entitled
13 cause on the day and date aforesaid.)

14    I certify that the foregoing is a correct transcript from
the record of proceedings in the above-entitled matter.

15
/s/ *Carolyn R. Cox, CSR, RPR, F/CRR*_____May 2, 2024
16 Official Court Reporter
United States District Court
17 Northern District of Illinois
Eastern Division

18

19

20

21

22

23

24

25