# EXHIBIT H

```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
    NHC LLC,                                )   Docket No. 19 C 6332
 4                                          )
                       Plaintiff,           )
 5                                          )
              vs.                           )
 6                                          )
    CENTAUR CONSTRUCTION COMPANY INC.,      )   Chicago, Illinois
 7  et al.,                                 )   April 23, 2024
                                            )   9:30 o'clock a.m.
 8                     Defendants.          )

 9                  TRIAL TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE MATTHEW F. KENNELLY
10

11  APPEARANCES:

12
    For the Plaintiff:      VEDDER PRICE P.C.
13                          BY:  MR. JOSHUA JASON OREWILER
                            222 North LaSalle Street, Suite 2600
14                          Chicago, IL 60601
                            (312) 609-7500
15

16                          DAVIS MCGRATH LLC
                            BY:  MS. GINI S. MARZIANI
17                          125 South Wacker Drive, Suite 300
                            Chicago, IL 60606
18                          (312) 332-3033

19

20

21

22

23  Court Reporter:         MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                            Official Court Reporter
24                          219 S. Dearborn Street, Suite 2102
                            Chicago, Illinois  60604
25                          (312) 435-5639
```

```
 1   APPEARANCES CONTINUED:
 2
     For Defendant              SMITHAMUNDSEN LLC
 3   Peter Alexopoulos:         BY:  MR. CONSTANTINE GAVRILOS
                                     MS. KIMBERLY ANNE HERRING
 4                              150 North Michigan Ave, Suite 3300
                                Chicago, IL 60601
 5                              (312) 894-3329

 6
 7   For Defendant
     Spiro Tsaparas:            MOLOLAMKEN LLP
 8                              BY:  MS. MEGAN CUNNIFF CHURCH
                                300 N. LaSalle St., Suite 5350
 9                              Chicago, IL 60654
                                (312) 450-6716
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  take a peek at your copy for a second? Okay. Now I'm seeing
2  it.
3          All right. You can have this back. Thanks.
4          So keep going then. So that's item number one.
5          So what about -- so one of the things you asked for
6  was to freeze the bank account. Is this the same bank account
7  that was unfrozen or partly unfrozen?
8          MS. MARZIANI: Yes, exactly.
9          THE COURT: And so the rationale for freezing it
10 again would be?
11         MS. MARZIANI: The rationale is, your Honor, that
12 this is the account that Mr. Tsaparas has been using to
13 violate the lien of the citation.
14         THE COURT: Got it.
15         MS. MARZIANI: And so we can't --
16         THE COURT: Yeah, I get it. You don't need to finish
17 the point. It kind of finishes itself.
18         All right. Let me hear from defense counsel.
19         MR. GAVRILOS: Yes, your Honor. Just as an initial
20 note, we're concerned that the practical effect of this order
21 will be that 15 percent of Mr. Tsaparas's wages are garnished
22 pursuant to order and then the remaining 85 percent are just
23 immediately recoverable the moment it hits the bank account
24 which I don't think comports with Section 1402.
25         THE COURT: Now, Mr. Tsaparas maybe ought to have

1 thought about that before he committed contempt of court about
2 three dozen times.
3 One of the other remedies for contempt of court is to
4 have him come here and go out through the side door and coerce
5 him to pay. All right? This, by comparison, is relatively
6 light. And if your contention is that somebody can basically
7 engage in a studied effort to flaunt, to flout, excuse me, to
8 flout the citation lien and the orders of the court and can
9 basically say, nothing you can do about it, Judge, because I'm
10 still entitled to that 85 percent, I would respectfully
11 suggest to you that you are dead wrong, but feel free to take
12 that up on appeal once you have an appealable order.
13 MR. GAVRILOS: Sure thing, your Honor. And we did
14 reference that in our response that the citation prohibited
15 transfers -- or disposition of property, not exempt from
16 garnishment.
17 THE COURT: And I have concluded that it wasn't.
18 MR. GAVRILOS: Okay.
19 THE COURT: That's the finding that I made a few
20 moments ago.
21 MR. GAVRILOS: On similar grounds, your Honor, with
22 respect to this proposed payment plan, 735 ILCS 5/2-1402,
23 Section J, states that: This section does not grant the power
24 to any court to order installment or other payments from or
25 compel the sale, delivery, surrender, assignment or conveyance

```
 1   have to look up --
 2              THE COURT:  And a player to be named later.  Okay.
 3   See you later.  Thanks.
 4              MR. GAVRILOS:  Thank you, Judge.
 5              MS. MARZIANI:  Thank you, your Honor.
 6              MR. OREWILER:  Thank you, your Honor.
 7     (Which were all the proceedings had in the above-entitled
 8   cause on the day and date aforesaid.)
 9      I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
10
     /s/ Carolyn R. Cox, CSR, RPR, F/CRR        April 24, 2024
11   Official Court Reporter
     United States District Court
12   Northern District of Illinois
     Eastern Division
13
14
15
16
17
18
19
20
21
22
23
24
25
```