3043203 – MWH/KAH/CG/ad

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, | |
| Plaintiff, | No. 1:19-cv-06332 |
| v. | Honorable Matthew F. Kennelly |
| CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, | |
| Defendants. | |

## CERTIFICATION PURSUANT TO MAY 10, 2025 ORDER

The undersigned, an attorney, certifies that pursuant to the Court Order of May 10, 2025, withdrawing counsel provided said Court Order to the person and entities outlined in their Motion to Withdraw, *via* electronic mail, at or before 12:00 p.m. on May 12, 2025.

By:    /s/ Constantine Gavrilos

Matthew W. Horn, ARDC #6294719
Kimberly A. Herring, ARDC #6329811
Constantine Gavrilos, ARDC #6329716
Amundsen Davis, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3322-MWH/(312) 894-3329-KAH
(312) 894-3379-CG/Fax (312) 894-3210
mhorn@amundsendavislaw.com
kherring@amundsendavislaw.com
cgavrilos@amundsendavislaw.com