## *United States District Court for the Northern District of Illinois*

Case Number: _____  Assigned/Issued By: _____

Judge Name: _____  Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $405.00   ☐ $52.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $605.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   _____

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_____ Original and _____ copies on _____ as to _____
(Date)

---

Rev. 12/1/2023