3043203 – MWH/KAH/CG/ad

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,<br><br>Defendants. | No. 1:19-cv-06332<br><br>Honorable Matthew F. Kennelly |

**PETER ALEXOPOULOS' DISCLOSURE OF MONTHLY EXPENSES**
**(MAY 1 - 31, 2025)**

Pursuant to 28 U.S.C. § 1746, I, Peter Alexopoulos, submit this Declaration and state as follows:

1. I am over eighteen years of age, of sound mind and make this declaration based on personal knowledge and after reviewing my financial records.

2. My gross monthly income is $_____**Exhibit A**_____.

3. My income was expended as set forth on the attached **Exhibit A**.

5. My household expenses/expenditures are as set forth on Exhibit A.

6. Since my last submission, I have not acquired any personal property valued at greater than $500.

7. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on __6/5/25__

_____
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| Peter Alexopoulos (Household) | | **DRAFT** | | **V12** | | |
| Key Activity | | | | | | |
| Village Bank & Trust | | | | | | |
| | 5/3/2024 | (125.00) | | Legal Fee assess by Bank | | |
| | 5/3/2024 | (1,101.77) | | Funds withdrawn by Bank relating to Notice | | |
| | 5/8/2024 | (500.00) | | Funds withdrawn by Bank relating to Notice | | |
| | 5/15/2024 | 2,526.00 | | Gross Pay from Estia Construction | Note that these deposits, and all prior 2024 deposits are Gross pay as I am a 1099 employee so I will need to pay tax on the Gross amount (including what was deducted by the wage withholdings already taken out by court order). | |
| | 6/15/2024 | 2,526.00 | | Gross Pay from Estia Construction | | |
| | 7/15/2024 | 2,526.00 | | Gross Pay from Estia Construction | | |
| | 8/15/2024 | 2,526.00 | | Gross Pay from Estia Construction | | |
| | 9/15/2024 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 10/15/2024 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 11/15/2024 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 12/15/2024 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 1/15/2025 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 2/15/2025 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 3/15/2025 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 4/15/2025 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| | 5/15/2025 | | 2,526.00 | Gross Pay from Estia Construction | NOTE: This was not sent via ACH to bank but paid by check and cashed to pay obligations | |
| Bank Bal = $0.00 as all funds were surrendered/seized | | 11,830.77 | | ZERO Current bank balance but the Available Balance is ($41,988,293.69) due to the hold placed on the account with no access to $ | | |
| Busey Bank (…2950) | | | | | | |
| | 6/11/2024 | (1,821.61) | | Debit by bank as part of turnover order | Account shows Available Balance of ($44,544,236.67) | |
| | | **13,652.38** | | **Bank Funds seized or held associated with this matter** | | |
| Funds Held by Stripe (SRT LLC) | | **3,030.00** | | | | |
| | | **16,682.38** | Total Funds seized/held | | | |
| | | Total Due | Payment Due Date | Amount Due | **05/01/25 - 5/31/25** Amount Incurred / Paid (6,915.67) | Notes |
| **Rent** | | | | | | |
| State Farm | | 278.00 | 11/25/2024 | $278.00 | 0.00 | Renters Insurance Policy |
| **Health Insurance** | | | | | | |
| **Department of the Treasury (IRS)** | | | | | (600.00) | Paid REVISED Installement Agreement - CASH/Money Order |
| **Illinois Dept of Revenue (IDOR)** | | | | | (125.00) | Paid Installment Agreement - CASH/Money Order |
| Utilities | (754.90) | | | | | |
| ComEd | | 351.87 | **5/6/2025** | | 0.00 | |
| Nicor Gas | | 335.41 | **5/19/2025** | | (114.23) | JA Credit |
| Water Department | | 832.59 | **12/27/2024** | | 0.00 | |
| AT&T Home | | 942.13 | **5/16/2025** | | (470.99) | JA Credit |
| AT&T Cellular | | 339.36 | **5/23/2025** | | (169.68) | JA Credit |
| Automotive | (1,254.50) | | | | | |
| SOS - Vehicle Registration | | 171.00 | **2/29/2024** | | 0.00 | Hyundai License Plate Sticker (plus late fees) |
| Progressive Insurance | | 2,898.55 | 5/11/2025 | | (726.64) | JA Credit |
| Illinois Tollway | | | 5/20/2025 | | (40.00) | JA Credit |
| Golf Crawford Auto Repair | | | | | 0.00 | |
| Fuel/Wash | | | | | | |
| BP | | | 5/3/2025 | | (40.00) | JA Credit |
| BP | | | 5/4/2025 | | (35.58) | AA Debit/Credit |
| Everclean Car Wash | | | 5/9/2025 | | (15.00) | CASH |
| Caseys | | | 5/10/2025 | | (39.80) | JA Credit |
| BP | | | 5/16/2025 | | (63.10) | JA Credit |
| BP | | | 5/17/2025 | | (44.52) | JA Credit |
| Exxon | | | 5/26/2025 | | (66.45) | JA Credit |
| Exxon | | | 5/30/2025 | | (41.41) | JA Credit |
| Parking | | | | | | |
| Park 1 Chicago | | | 5/8/2025 | | (20.00) | JA Credit |
| Park 1 Chicago | | | 5/12/2025 | | (20.00) | JA Credit |
| Wabash/Randolph Parking | | | 5/15/2025 | | (63.00) | JA Credit |
| Park 1 Chicago | | | 5/17/2025 | | (20.00) | JA Credit |
| Laz Parking | | | 5/20/2025 | | (19.00) | JA Credit |
| Credit Cards | (750.00) | | | | | |
| Cabela's Visa | | 386.61 | 5/7/2025 | | 0.00 | |
| Merrick Bank Visa | | 5,484.02 | 4/22/2025 | | 0.00 | |
| Chase Visa (AA) | | 5,243.53 | 4/26/2025 | | (600.00) | AA Checking |
| Capital One (AA) | | 3,599.11 | 4/11/2025 | | 0.00 | |
| Lowes Visa (AA) | | 3,691.07 | 5/22/2025 | | (150.00) | AA Checking |
| Additional cards not listed which were closed due to default | | | | | | |
| Groceries/Food/Meals/Household | (2,466.65) | | | | | |
| Potbellys Sandwhich Shop | | | 5/1/2025 | | (10.64) | CASH |
| Von Maur | | | 5/2/2025 | | (4.39) | CASH |
| Von Maur | | | 5/2/2025 | | (59.26) | AA Debit/Credit |
| Home Depot | | | 5/3/2025 | | (17.61) | CASH |
| Home Depot | | | 5/3/2025 | | (46.25) | CASH |
| Trader Joes | | | 5/3/2025 | | (105.53) | AA Debit/Credit |
| Home Goods | | | 5/3/2025 | | (25.31) | AA Debit/Credit |
| Forza Meats & Deli | | | 5/4/2025 | | (93.16) | CASH |
| Sbarro's Pizza | | | 5/4/2025 | | (8.23) | CASH |
| Marianos | | | 5/4/2025 | | (103.40) | CASH |
| Costco | | | 5/4/2025 | | (444.51) | AA Debit/Credit |
| Panera Bread | | | 5/7/2025 | | (13.90) | CASH |
| McDonalds | | | 5/8/2025 | | (12.44) | CASH |
| Fresh Farms Market | | | 5/8/2025 | | (8.16) | CASH |
| Dollar Tree | | | 5/8/2025 | | (5.53) | CASH |
| Walgreens | | | 5/9/2025 | | (6.59) | CASH |
| Home Goods | | | 5/9/2025 | | (13.21) | CASH |
| Trader Joes | | | 5/9/2025 | | (25.31) | CASH |
| Marianos | | | 5/10/2025 | | (11.51) | AA Debit/Credit |

| | | | | |
|---|---|---|---|---|
| Marianos | 5/10/2025 | | (94.38) | AA Debit/Credit |
| Jewel/Osco | 5/11/2025 | | (23.46) | CASH |
| McDonalds | 5/13/2025 | | (6.58) | CASH |
| Charcoal Flame | 5/13/2025 | | (24.69) | CASH |
| McDonalds | 5/15/2025 | | (5.04) | CASH |
| Taco Bell | 5/15/2025 | | (3.33) | CASH |
| Ulta Beauty Supply | 5/16/2025 | | (55.55) | AA Debit/Credit |
| Marianos | 5/16/2025 | | (41.06) | AA Debit/Credit |
| Dollar Tree | 5/17/2025 | | (5.53) | CASH |
| Trader Joes | 5/18/2025 | | (78.75) | AA Debit/Credit |
| Marianos | 5/18/2025 | | (33.51) | AA Debit/Credit |
| Fresh Farms Market | 5/18/2025 | | (94.68) | CASH |
| Home Depot | 5/18/2025 | | (39.65) | JA Credit |
| McDonalds | 5/19/2025 | | (13.17) | CASH |
| Superdawg | 5/19/2025 | | (9.61) | CASH |
| Amazon | 5/20/2025 | | (25.99) | JA Credit |
| McDonalds | 5/21/2025 | | (10.83) | CASH |
| McDonalds | 5/22/2025 | | (8.91) | AA Debit/Credit |
| McDonalds | 5/22/2025 | | (5.89) | CASH |
| McDonalds | 5/23/2025 | | (8.91) | CASH |
| Home Depot | 5/23/2025 | | (71.01) | AA Debit/Credit |
| Fresh Farms Market | 5/24/2025 | | (74.78) | AA Debit/Credit |
| Jewel/Osco | 5/24/2025 | | (10.72) | AA Debit/Credit |
| Walgreens | 5/24/2025 | | (28.09) | AA Debit/Credit |
| Marianos | 5/24/2025 | | (113.06) | AA Debit/Credit |
| Jewel/Osco | 5/25/2025 | | (22.55) | AA Debit/Credit |
| Fresh Farms Market | 5/26/2025 | | (4.08) | CASH |
| Marianos | 5/26/2025 | | (68.04) | CASH |
| Trader Joes | 5/26/2025 | | (41.78) | CASH |
| Marianos | 5/26/2025 | | (9.27) | CASH |
| Sbarro's Pizza | 5/27/2025 | | (8.23) | CASH |
| McDonalds | 5/28/2025 | | (8.91) | CASH |
| White Castle | 5/29/2025 | | (13.04) | CASH |
| Paris Baguette Bakery | 5/30/2025 | | (24.10) | AA Debit/Credit |
| Costco | 5/31/2025 | | (364.53) | AA Debit/Credit |
| **Medical / RX** | | **(20.00)** | | |
| CVS | 5/28/2025 | | (20.00) | CASH |
| **Pet** | | **(944.62)** | | |
| Insurance | 5/8/2025 | | (76.23) | JA Credit - Monthly Recurring Charge |
| Vet & Rx | 5/31/2025 | | (279.00) | JA Credit |
| Food/Supplies | | | | |
| Hollywood Feed | 5/3/2025 | | (92.25) | AA Debit/Credit |
| Pet Supply Plus | 5/3/2025 | | (115.03) | AA Debit/Credit |
| Hollywood Feed | 5/4/2025 | | (19.24) | CASH |
| Hollywood Feed | 5/10/2025 | | (51.03) | AA Debit/Credit |
| Hollywood Feed | 5/16/2025 | | (74.60) | AA Debit/Credit |
| Pet Supply Plus | 5/18/2025 | | (70.95) | AA Debit/Credit |
| Pet Supply Plus | 5/26/2025 | | (58.93) | CASH |
| Hollywood Feed | 5/30/2025 | | (107.36) | JA Credit |
| **Drycleaners** | | **0.00** | | |
| CD One Price | | | 0.00 | |

**IRS - Federal Tax Obligations** — $350.00/month payment plan was defaulted for non-payment due to account being frozen
**Illinois Dept of Revenue - State Tax Obligation** — $100.00/month payment plan was defaulted for non-payment due to account being frozen

| | |
|---|---|
| (2,856.56) | Paid by AA Debit/Credit Checking |
| (2,487.05) | Paid by JA Credit Card |
| 0.00 | Paid by SRT |
| (1,572.06) | Paid by funds from Cashing check from parents and Estia. Balance to JA towards CC's |
| **(6,915.67)** | |