# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

NHC LLC

                                             Plaintiff,

v.                                                           Case No.: 1:19−cv−06332

                                                                      Honorable Matthew F. Kennelly

Centaur Construction Company Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order corrects docket entry [705] which contained a scrivener's error. In person citation hearing held on 6/11/2025. The third−party citations for Box.com, Adrian Michelle Dillard, and Colorful Confidential are continued to 7/16/2025 at 9:30 a.m. The hearing will be held in Courtroom 2103. The plaintiff's motion for alternative service 668 is granted. The service is to conform to paragraphs 20 B and C of the motion. Plaintiff's counsel is directed to file a motion for a conditional judgment against Colorful Confidential. Any proposed order for the conditional judgment is to be sent in Word format to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.