# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NHC LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19 C 6332 |
| ) | |
| CENTAUR CONSTRUCTION CO., ) | |
| SPIRO TSAPARAS, and PETER ) | |
| ALEXOPOULOS, ) | |
| ) | |
| Defendants. ) | |

## ORDER REQUIRING TURNOVER OF CERTAIN ASSETS

MATTHEW F. KENNELLY, District Judge:

On May 30, 2025, the Court ruled that Spiro Tsaparas had committed contempt of court by making unaccounted-for transfers of assets in violation of a citation to discover assets and this Court's orders requiring him to produce a monthly accounting. Dkt. no. 682. As part of that ruling, the Court directed Mr. Tsaparas to "turn over all cash withdrawn in violation of the citation since he was served with it." *Id.* at 10. The Court further directed NHC LLC to submit a statement of what additional amounts US Bank records indicate Mr. Tsaparas impermissibly transferred or dissipated that have not already been addressed in prior contempt rulings. *Id.*

NHC has submitted a statement indicating Mr. Tsaparas has effectuated the transfer or dissipation of $287,212.12 from various bank accounts held in his name or in the name of companies of which he is a principal, such as Centaur Construction Co. and Triton Marine Holdings LLC. As NHC acknowledges, the Court has not yet ruled on

its contempt motion relating to the transfers made through Triton Marine Holdings. *See* dkt. no. 647. The Court thus will not order the turnover of transferred funds relating to Triton Marine Holdings—equaling $113,570.26—at this time. Subtracting those transfers, the remaining transfers that US Bank records indicate that Mr. Tsaparas impermissibly made that the Court has not addressed total $173,641.86.

Therefore, the Court orders Mr. Tsaparas to turn over $173,641.86. Under the Court's prior contempt order, Mr. Tsaparas was given "14 days from the entry of [the] order" to turn over the impermissibly withdrawn funds. Dkt. no. 682 at 10. The Court modifies that to 14 days from today. Mr. Tsaparas is directed to turn over $173,641.86 to plaintiff NHC, LLC by June 30, 2025. The Court also notes that Mr. Tsaparas is, at this point, potentially in violation of at least two other terms of the Court's May 30, 2025 order, specifically, the order directing him to "disclose and account for, by no later than 14 days from entry of this order [i.e., by June 13, 2025], all cash transactions for himself and/or Centaur from January 1, 2019 to the present; and (g) he must turn over all cash withdrawn in violation of the citation since he was served with it, by no later than 14 days from entry of this order [i.e., by June 13, 2025]." *See* Dkt. no. 682.

Date: June 16, 2025

_____
MATTHEW F. KENNELLY
United States District Judge