IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CENTAUR CONSTRUCTION COMPANY, et al.,<br><br>        Defendant. | No. 2019 C 6332 |

**PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT**

Plaintiff/Judgment Creditor NHC LLC ("NHC"), by its undersigned counsel, hereby files this Status Report pursuant to the Court's June 19, 2025, minute entry (Dkt. No. 715) requiring NHC to identify any pending motions and the status of each.

| **PENDING MOTION** | **STATUS OF MOTION** |
|---|---|
| **Plaintiff/Judgment Creditor's Motion for Rule to Show Cause as to Why Spiro Tsaparas and Peter Alexopoulos Should Not Be Held in Contempt Based on Impermissible Transfers Made Through Triton Marine Holdings, LLC**<br>(Dkt. No. 647) | The Court has not set a briefing schedule with regard to this pending motion and no response has been filed. |
| **Plaintiff/Judgment Creditor's Motion for Rule to Show Cause as to Why Peter Alexopoulos Should Not Be Held in Contempt**<br>(Dkt. No. 648) | The Court has not set a briefing schedule with regard to this pending motion and no response has been filed. |

VP/#71947244

| **PENDING MOTION** | **STATUS OF MOTION** |
|---|---|
| **Plaintiff/Judgment Creditor's Motion to Compel Forensic Inspection of Electronic Devices** (Dkt. No. 650) | The Court has not set a briefing schedule with regard to this pending motion and no response has been filed. |
| **Plaintiff/Judgment Creditor's Motion to Compel Production of Tax Documents** (Dkt. No. 671) | The Court has not set a briefing schedule with regard to this pending motion and no response has been filed. |
| **Plaintiff/Judgment Creditor's Motion to Compel Email Production or, Alternatively, *In Camera* Inspection** (Dkt. No. 675) | The Court has not set a briefing schedule with regard to this pending motion and no response has been filed. |
| **Plaintiff/Judgment Creditor's Motion to Compel Aetna Health Management, LLC's Compliance With a Lawfully Served Subpoena** (Dkt. No. 684) | Following the filing of this pending motion, NHC was contacted by counsel for Aetna Health Management, LLC ("Aetna"). Counsel for Aetna has indicated Aetna intends to comply with the subpoena and has made an initial document production. As a result, NHC respectfully requests the Court enter and continue this pending motion, with the expectation that it will be withdrawn once Aetna has completed its document production. |
| **Plaintiff/Judgment Creditor's Motion for Entry of Conditional Judgment Against Color Confidential Aspen, LLC or, In the Alternative, For Rule to Show Cause as to Why Color Confidential Aspen, LLC Should Not Be Held in Contempt of Court** (Dkt. No. 708) | The Court has deferred ruling on this pending motion (Dkt. No. 712) and has ordered Color Confidential Aspen, LLC to show cause why it should not be held in contempt via a written response to be filed by July 8, 2025. |

VP/#71947244

3

        Respectfully submitted,

        NHC LLC

    By:    */s/ Zachary J. Watters*
          One of Its Attorneys

Daniel P. Jackson, Bar No. 6289813
Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675
Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T:  +1 312 332 3033
gsmarziani@davismcgrath.com

*Counsel for NHC LLC*

Dated:  June 25, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2025, a true and correct copy of the foregoing **PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

Additionally, I hereby certify that, on June 25, 2025, a true and correct copy the foregoing **PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT** was served on the following *pro se* parties in the manner indicated below:

Spiro Tsaparas
Via e-mail to spiro@msourcingllc.com

Peter Alexopoulos
Via e-mail to peter@srtrainingllc.com

Centaur Construction Company
Via U.S. First Class Mail
Illinois Secretary of State
501 S. Second St., Suite 328
Springfield, IL 62756

*/s/ Zachary J. Watters*
An Attorney for NHC LLC

VP/#71947244