IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

      Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

      Defendants.

No. 19-cv-06332

Honorable Matthew F. Kennelly

## CONDITIONAL JUDGMENT AGAINST JASON S. SCHER

This matter coming to be heard on Plaintiff/Judgment Creditor's Motion for Entry of Conditional Judgment Against Jason S. Scher (the "Motion") made by Plaintiff and Judgment Creditor NHC LLC ("Judgment Creditor"), the Court having jurisdiction over the parties hereto and subject matter hereof, and having and been fully advised in the premises, the Court **HEREBY FINDS AS FOLLOWS**:

1. After a jury trial, judgment was entered against defendants Centaur Construction Co., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Initial Judgment Debtors") jointly and severally in the total amount of $22,272,124.34 for fraud and breach of contract plus punitive damages against the defendants individually and in particular Tsaparas in the amount of $1,500,000.00 ("Judgment"). (Dkt. No. 228.)

2. On or about June 5, 2025, Judgment Creditor caused this Court to issue a Third-Party Citation to Discover Assets to Jason S. Scher ("Scher") concerning the assets of the Initial Judgment Debtors (the "Citation"). (Dkt. 731.)

3. The Citation commanded the production of documents on or before June 25, 2025. To date, Scher has not produced any documents or answer to the Citation. (Dkt. 731.)

4. The initial return hearing date on the Citation was July 9, 2025. (Dkt. No. 731.) Scher failed to appear in court on July 9, 2025.

**IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT THAT:**

(i) the Motion is granted and a conditional judgment (the "Conditional Judgment") is hereby entered in favor of NHC LLC and against Jason S. Scher in the original principal amount of $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter; and

VP/#71808165.1

(ii) NHC will issue a Summons to Confirm Conditional Judgment and serve upon Jason S. Scher.

Dated: 7/9/2025                                    ENTERED:

                                                   _____
                                                   MATTHEW F. KENNELLY
                                                   United States District Judge