


3043203 – MWH/KAH/CG/ad

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br><br>                    Plaintiff,<br><br>   v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,<br><br>                    Defendants. | No. 1:19-cv-06332<br><br>Honorable Matthew F. Kennelly |

**SPIRO TSAPARAS' DISCLOSURE OF MONTHLY EXPENSES**
**(JUNE 1 - 30, 2025)**

Pursuant to 28 U.S.C. § 1746, I, Spyridon Tsaparas, submit this Declaration and state as follows:

1. I am over eighteen years of age, of sound mind and make this declaration based on personal knowledge and after reviewing my financial records.

2. My gross monthly income is $28,333.35____.

3. My income was expended as set forth on the attached **Exhibit A**.

5. My household expenses/expenditures are as set forth on Exhibit A.

6. Since my last submission, I have not acquired any personal property valued at greater than $500.

7. I declare, under penalty of perjury, that the foregoing is true and correct.



Executed on   July 9, 2025

_____
Name

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L5 / TOA 27742511 | 01/ | 2150992 | 1 of 1 |

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

## Earnings Statement 

Period Starting: 05/25/2025
Period Ending: 06/07/2025
Pay Date: 06/13/2025

Business Phone: 312-560-6705

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 3400.88 Addnl
  State:
  Local:

Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 13076.93 | 156923.16 |
| **Gross Pay** | | | **$13,076.93** | **$156,923.16** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6604.62 | 105645.76 |
| Social Security | -810.77 | 9729.24 |
| Medicare | -189.62 | 2275.39 |
| Colorado State Income | -566.92 | 6803.04 |
| Colorado Paid Family | -58.85 | 706.20 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Private support | -2884.61 | 29801.99 |
| State tax levy 1 | -1961.54 | 1961.54 |
| **Net Pay** | **$0.00** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $13,076.93

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

Pay Date: 06/13/2025



Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L5 / TOA 27742511 | 01/ | 2179988 | 1 of 1 |

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

## Earnings Statement 

Period Starting: 06/08/2025
Period Ending: 06/21/2025
Pay Date: 06/27/2025

Business Phone: 312-560-6705

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 3400.88 Addnl
  State:
  Local:

Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 13076.93 | 170000.09 |
| **Gross Pay** | | | **$13,076.93** | **$170,000.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6604.62 | 112250.38 |
| Social Security | -810.77 | 10540.01 |
| Medicare | -189.61 | 2465.00 |
| Colorado State Income | -566.92 | 7369.96 |
| Colorado Paid Family | -58.85 | 765.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Private support | -2884.61 | 32686.60 |
| State tax levy 1 | -1961.54 | 3923.08 |

| Net Pay | | $0.01 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8753 | XXXXXXXXX | 0.01 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $13,076.93

M Sourcing LLC
516 E Hyman Ave
Aspen, CO 81611-1875

Pay Date: 06/27/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8753 | XXXXXXXXX | 0.01 |

Spyridon Tsaparas
96 Mountain Laurel Ct
Aspen, CO 81611

| Household Actvity Log | | DRAFT | $ | (208.29) | Balance | |
|---|---|---|---|---|---|---|
| Key Activity | Dates | | | | Narrative | |
| [Bank Acct. #1] | | (withdrawals) | | | | |
| | 6.12.2025 | US Bank | $ | 6.95 | Monthly Maintenance Fee | |
| | | (deposits) | | | | |
| | 6.27.2025 | M Sourcing | | 0.01 | Payrol | |
| | | [Total Balance] | | (215.23) | | |
| [Bank Acct. #2] | | | | | | |
| | | Total Balance(s) | | | | Notes |

Rent
Renters Insurance
Health Insurance

| **Utlity Providers** | (total amount) | Payments | Dates | Payor | Notes/Narrative |
|---|---|---|---|---|---|

| **Automotive** | (total amount) | Payments | Dates | Payor | Notes/Narrative |
|---|---|---|---|---|---|

Insurance/ Car Payments/ Registration

Fuel

Parking

| **Credt Cards** | 0.00 | Payments | Dates | Balance | Notes/ Narrative |
|---|---|---|---|---|---|

| **Groceries/Food/Meals** | (total) | Dates | Payments | Notes/ Narrative |
|---|---|---|---|---|

Medical / RX

| **Pet** | (total) | Dates | Payments | Notes/ Narrative |
|---|---|---|---|---|

Hair Salon, Personal Care, etc....

Misc Items

| | |
|---|---:|
| IRS - Federal Tax Obligations | 13209.24 |
| Illinois Dept of Revenue - State Tax Obligation | 3923.08 |