IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

    Defendants.

No. 19-cv-06332

Honorable Matthew F. Kennelly

### DEFENDANT PETER ALEXOPOULOS'S RESPONSE IN OPPOSITION TO PLAINTIFF/JUDGEMENT CREDITORS MOTION TO HOLD DEFENDANT/JUDGEMENT DEBTORS SPIRO TSAPARAS, PETER ALEXOPOULOS AND CENTAUR CONSTRUCTION COMPANY INC. IN CONTEMPT

I, Peter Alexopoulos, respectfully submit this response in opposition to Plaintiff's motion to hold me, Spiro Tsaparas and Centaur Construction Company Inc in Contempt (Docket #725). I appear pro se and respectfully offer this filing for the Court's attention.

- I, Peter Alexopoulos, do not believe I have committed any acts of misconduct as an individual or as part of any third-party affiliates as suggested in Plaintiff's Motion (Docket #725), Page #2, Item #2.
- Since becoming a pro se defendant (on June 10, 2025), I have made every attempt to respond and comply with the court's orders and engage in direct communication with the Plaintiff's counsel to fully cooperate on any items I may have access to or knowledge of.
- On June 18, 2025, I received confirmation that my PACER account was active and began my review of the (hundreds of) items filed to date. This acclimation process continues, and I pray for the Courts patience as I try acclimate myself to the documents and process.
- Requests for information or access to information which have not been replied to would only be because of lack of knowledge or lack of access as further outlined by pro se defendant Spiro Tsaparas in Docket #729 filed with the Court on July 3, 2025.
- I have had no substantive operational interaction or involvement in Centaur Construction operations since the early part of 2020 and have (have had) no access to files or accounts as outlined in pro se defendant Spiro Tsaparas' response (Docket #729).

- As required, on a monthly basis, I submit an affidavit and financial statement of activity for the court's review. My employer (Estia) withholds and remits the mandated withholding.
- I have visited US Bank and First American Bank (on July 3, 2025) to inquire what accounts I may have been associated with in an effort to obtain copies of any bank records that have been requested. While First American Bank advise me that they have no record of any accounts in their system associated with me, US Bank informed me that account # ….8746 was associated with me and am in the process of gaining assess to that account in hopes of procuring statements of activity which have been requested and not provided. As part of my effort to comply fully, I will continue to pursue confirmation of accounts and obtain statements of activity
- I respectfully request that at the pending telephonic hearing scheduled for July 15, 2025, at 9:30am (Docket #710), any pending items can be clarified, and I am afforded the opportunity to respond and/or comply.

I remain fully committed to cooperating as a pro se defendant and respectfully request the Court deny the Plaintiff's Motion for Contempt and allow me the opportunity to comply with the Courts' orders.

Respectfully submitted,

Peter Alexopoulos

Pro Se Defendant     07/07/2025

8053 N. Ozark Ave.

Niles Illinois 60714

847 282-2728

peter@srtrainingllc.com