## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                           Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $405.00     ☐ $52.00     ☐ $5.00

                    ☐ IFP        ☐ No Fee     ☐ Other _____

                    ☐ $605.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

\_\_\_\_Original and \_\_\_\_copies on _____as to _____
                               (Date)

Rev. 08/19/2016