Enter the Case Number given by the Clerk: 19-cv-06332

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

Defendants.

Case No. 19-cv-06332

Honorable Matthew F. Kennelly

## ANSWER TO THIRD PARTY CITATION TO DISCOVER ASSETS

**To creditor:** fill out section 1. In **1a**, enter the bank's name.

In **1b**, enter the bank's current address.

In **1c**, enter the debtor's name.

In **1d**, enter the last 4 digits of the debtor's Social Security Number.

In **1e**, list the amount of the judgment.

**1. Information about the Respondent and the Debtors:**

a. Respondent's name: Jason S. Scher

b. Respondent's address: 220 E. Illinois Street, Apt. 4301, Chicago, IL 60611
Street Address

c. ______________________
City State ZIP

c. Debtors' names: (1) Spiros Tsaparas a/k/a Spyridon Tsaparas
(2) Peter Alexopoulos
(3) Centaur Construction Co., Inc., a dissolved Illinois Corporation

A judgment was entered against the Debtors (jointly and severally) on March 15, 2023 in an aggregate original principal amount of no less than $22,272,124.34, plus post-judgment interest at the statutory rate. A true and correct copy of the referenced judgment is enclosed herewith. The current amount that remains to be paid, including the Creditor's court costs and post judgment interest, minus any applicable payments which have been made, is no less than $21,000,000.00 as of the date of the Third Party Citation to Discover Assets issued with this Answer form, plus court costs of this proceeding.

**NOTICE TO RESPONDENT:** This is a *Citation*. You might need to freeze up to double the on the source of the deposits. See question 2.

**To creditor:** leave the rest of the form blank.

**To Respondent**: fill out the remaining parts of this form and sign it. Then file this *Answer* with the court and send a copy to the creditor. Contact the Clerk for instructions on how to file this *Answer* with the court.

**2. Interrogatories:**

a. On the date of service of the *Citation*, do you have any personal property or money belonging to any of the debtors?
☐ Yes ⦸ No ***If no, do not fill out the rest of the form. Sign below.***

b. Is any of the money deposited into an IRA?
☐ Yes. If yes, do not freeze the IRA accounts. ☐ No

c. Have all of the deposits made during the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?
☐ Yes. If yes, do not freeze the account. ☐ No

d. Is the account's current balance equal to or less than the total of the exempt deposits? ☐ Yes. If yes, do not freeze the account. ☐ No

If you checked **No** in **b**, **c**, and **d**, then freeze up to double the amount of the judgment.

Enter the Case Number given by the Clerk: 19-cv-06332

**3. Property:**

a. ☐ Account

| | Account Type | Account Balance | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |
| 3. | | $ | $ |
| 4. | | $ | $ |
| 5. | | $ | $ |
| 6. | | $ | $ |

b. ☐ Safety Deposit ☐ Yes ☐ No

c. ☐ Other property *(rents, mortgages, etc.)*

| | Describe Property | Value of Property | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |

d. ☐ Less Right of Offset for Loans $ ____________

e. **Total Amount Frozen:** $ ____________

**4. List all electronic monthly deposits:**

| | Account Number | Source of Deposit | Monthly Amount |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

**5. List all joint account holders or anyone who has a claim on the property:**

If all of the property belongs to another person who is not the debtor, do not freeze the property.

a. ____________________________________________

*First* *Middle* *Last Name*

____________________________________________

*Street*

____________________________________________

*City* *State* *ZIP*

Account Information: Type: ☐ Checking ☐ CD ☐ Savings

Account Number: ____________________________

b. ____________________________________________

*First* *Middle* *Last Name*

____________________________________________

*Street*

____________________________________________

*City* *State* *ZIP*

Account Information: Type: ☐ Checking ☐ CD ☐ Savings

Account Number: ____________________________

c. ______
*First* *Middle* *Last Name*

______
*Street*

______
*City* *State* *ZIP*

Account Information: Type: ☐ Checking ☐ CD ☐ Savings
Account Number: ______

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.**<br>/s/ Ariella O. Guardi — *Your Signature*<br>Croke Fairchild Duarte & Beres, 180 N. LaSalle, Suite 3400 — *Street Address* |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. | Ariella O. Guardi — *Print Your Name*<br>Chicago, Illinois 60601 — *City, State, ZIP* |
| Enter your complete address, telephone number, and email address, if you have one. | aguardi@crokefairchild.com — *Email*<br>872.224.2922 — *Telephone* |
| Mail or hand-deliver a copy of this completed *Answer* to the Clerk, plaintiff, and debtor. | 6297336 — *Attorney # (if any)* |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.