# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

NHC LLC, et al.

                                  Plaintiff,

v.                                                       Case No.: 1:19−cv−06332

                                                                     Honorable Matthew F. Kennelly

Centaur Construction Company Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

        MINUTE entry before the Honorable Matthew F. Kennelly: In person show cause and citation hearing held on 7/16/2025. The citations pertaining to Adrian Michelle Dillard, Box.com, and Microsoft are continued to 8/20/2025 at 9:30 a.m. The hearing will be held in Courtroom 2103. Plaintiff's oral request for a conditional judgment as to citation respondents William Edwin Connor II and Color Confidential Aspen, LLC are granted. Plaintiff's counsel is directed to send proposed orders for both conditional judgments to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.