# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NHC LLC, a Florida limited liability company,

    Plaintiff,

v.    No. 19-cv-06332

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

Honorable Matthew F. Kennelly

    Defendants.

## CONDITIONAL JUDGMENT AGAINST WILLIAM EDWIN CONNOR II

This matter coming to be heard on Plaintiff/Judgment Creditor's Motion for Entry of Conditional Judgment Against William Edwin Connor II (the "Motion") made by Plaintiff and Judgment Creditor NHC LLC ("Judgment Creditor"), the Court having jurisdiction over the parties hereto and subject matter hereof, and having and been fully advised in the premises, the Court **HEREBY FINDS AS FOLLOWS**:

1. After a jury trial, judgment was entered against defendants Centaur Construction Co., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Initial Judgment Debtors") jointly and severally in the total amount of $22,272,124.34 for fraud and breach of contract plus punitive damages against the defendants individually and in particular Tsaparas in the amount of $1,500,000.00 ("Judgment"). (Dkt. No. 228.)

2. On or about June 30, 2025, Judgment Creditor caused this Court to issue an Alias Third-Party Citation to Discover Assets to William Edwin Connor II ("Connor") concerning the assets of the Initial Judgment Debtors (the "Citation"). (Dkt. 752.)

3. The Citation commanded the production of documents on or before July 13, 2025. (Dkt. 752.)

4. To date, Connor has not produced any documents or answer to the Citation.

5. The initial return hearing date on the Citation was July 16, 2025. (Dkt. No. 752.) Connor failed to appear in court on July 16, 2025.

**IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT THAT:**

2

  (i) the Motion is granted and a conditional judgment (the "Conditional Judgment") is hereby entered in favor of NHC LLC and against Connor in the original principal amount of $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter; and

  (ii) NHC will issue a Summons to Confirm Conditional Judgment and serve upon Connor in accordance with the Court's order granting alternative service with respect to Connor. (Dkt. 705.)

Dated: 7/30/2025         ENTERED:

                _____
                MATTHEW F. KENNELLY
                United States District Judge