IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NHC LLC, a Florida limited liability company,

        Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

        Defendants.

No. 19-cv-06332

Honorable Matthew F. Kennelly

## CONDITIONAL JUDGMENT AGAINST COLOR CONFIDENTIAL ASPEN, LLC

      This matter coming to be heard on Plaintiff/Judgment Creditor's oral Motion for Entry of Conditional Judgment Against Color Confidential Aspen, LLC (the "Motion") made by Plaintiff and Judgment Creditor NHC LLC ("Judgment Creditor"), the Court having jurisdiction over the parties hereto and subject matter hereof, and having and been fully advised in the premises, the Court **HEREBY FINDS AS FOLLOWS**:

      1.    After a jury trial, judgment was entered against defendants Centaur Construction Co., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Initial Judgment Debtors") jointly and severally in the total amount of $22,272,124.34 for fraud and breach of contract plus punitive damages against the defendants individually and in particular Tsaparas in the amount of $1,500,000.00 ("Judgment"). (Dkt. 228.)

      2.    On or about May 16, 2025, Judgment Creditor caused this Court to issue a Third-Party Citation to Discover Assets to Color Confidential Aspen, LLC ("Color Confidential") concerning the assets of the Initial Judgment Debtors (the "Citation"). (Dkt. 702.)

      3.    The Citation commanded the production of documents on or before May 28, 2025. To date, Color Confidential has not produced any documents or tendered the required/complete answer to the Citation. (Dkt. 702.)

      4.    The initial return hearing date on the Citation was June 11, 2025. (Dkt. 702.) Color Confidential failed to appear in court on June 11, 2025.

      5.    On June 11, 2025, the Court entered an order continuing the Citation to July 16, 2025 and directed Judgment Creditor to file a Motion for Conditional Judgment against Color Confidential ("Conditional Judgment Motion"). (Dkt. 707.)

      6.      Judgment Creditor filed its Conditional Judgment Motion on June 16, 2025, and served same on Color Confidential via U.S. Mail and FedEx with delivery confirmation. (Dkt. 708.)

      7.      On June 17, 2025, the Court deferred its ruling on the Conditional Judgment Motion. (Dkt. 712.)

      8.      Color Confidential failed to appear in court on July 16, 2025.

**IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT THAT:**

(i) the Motion is granted and a conditional judgment (the "Conditional Judgment") is hereby entered in favor of NHC LLC and against Color Confidential Aspen, LLC in the original principal amount of $24,802,790.34 as of March 15, 2023, plus post-judgment interest accruing thereafter; and

(ii) NHC will issue a Summons to Confirm Conditional Judgment and serve upon Color Confidential Aspen, LLC.

Dated: 7/30/2025                             ENTERED:

                                                            _____
                                                            MATTHEW F. KENNELLY
                                                            United States District Judge