**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br>　　　　　Plaintiff,<br>　v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, *et al.*<br>　　　　　Defendants. | Case No. 19-cv-6332<br>Judge Matthew Kennelly |

**ORDER REGARDING McFADDEN CITATION**

　　　　This matter coming to be heard on Plaintiff/Judgment Creditor's Motion to Compel Production of Documents by Citation Respondent Corri McFadden and To Extend the Citation Issued to Corri McFadden (Dkt. No. 780) (the "Motion") and the Preliminary Response to NHC's Motion to Compel Production of Documents by McFadden and McFadden's Request for Citation Extension to Allow Further "Meet and Confer" (Dkt. No. 785), the Court being advised in the premises; IT IS HEREBY ORDERED THAT:

　　　　1.　　The Motion is entered and continued to September 18, 2025 at 9:30 a.m.;

　　　　2.　　By agreement of Plaintiff/Judgment Creditor and Ms. McFadden, the third-party citation issued to Corri McFadden is hereby extended to September 22, 2025; and

　　　　3.　　The Plaintiff/Judgment Creditor and Ms. McFadden shall file a status report with the Court on or before September 15, 2025 regarding their meet-and-confer efforts.

　　　　　　　　　　　　　　　　　　　　　　　Enter: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Date: Aug. 23, 2025