IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,<br><br>　　　　　Defendants. | No. 19-cv-06332<br><br>Honorable Matthew F. Kennelly |

**PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT REGARDING LANCIA**

Pursuant to the Court's Minute Order entered on August 20, 2025 (Dkt. No. 785), the undersigned counsel for Plaintiff/Judgment Creditor NHC, LLC ("NHC") hereby provides a status report stating its intentions regarding the Lancia.

NHC intends to sell the Lancia at auction. To that end, NHC has made arrangements with Dickensheet & Associates, Inc. ("Dickensheet") to pick-up the Lancia and conduct the auction. Dickensheet has extensive experience conducting auctions of vehicles and vehicle parts on behalf of the City & County of Denver, United States Bankruptcy Court, tow vendors, secured creditors, Colorado Department of Revenue, Denver Public Schools, and others. Dickensheet is available to pick-up the Lancia on either September 4 or 10, between the hours of 9:30 a.m. and 10:30 a.m. (Mountain time). In order to confirm a pick-up date, Dickensheet requested the following information: (i) the physical location of the Lancia (NHC believes the Lancia is currently located in Woody Creek, CO); (ii) confirmation that the keys to the Lancia will be in the vehicle; and (iii) confirmation that the tittle to the Lancia will be in the vehicle.

On August 26, 2025, the undersigned sent Mr. Tsaparas an email requesting the information outlined above. Thereafter, on August 27, the undersigned sent a second email to Mr. Tsaparas requesting the same information. As of this filing, Mr. Tsaparas has not responded to either email.

| | |
|---|---|
| Dated: August 22, 2025 | Respectfully submitted,<br>NHC LLC<br><u>By: /s/ *Zachary J. Watters*</u><br>One of Its Attorneys |

Daniel P. Jackson, Bar No. 6289813
Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675
Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T: +1 312 332 3033
gsmarziani@davismcgrath.com

*Counsel for NHC LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

Additionally, I hereby certify that, on August 27, 2025, a true and correct copy the foregoing was served on the following individuals and entities in the manner indicated below:

Spiro Tsaparas
Via email to spiro@msourcingllc.com

Peter Alexopoulos
Via email to peter@srtrainingllc.com

Centaur Construction Company
Via U.S. First Class Mail
Illinois Secretary of State
501 S. Second St., Suite 328
Springfield, IL 62756

                                                                            */s/ Zachary J. Watters*
                                                                            An Attorney for NHC LLC