# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, | |
| Plaintiff, | |
| v. | No. 19-cv-06332 |
| CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, | Honorable Matthew F. Kennelly |
| Defendants. | |

**PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT REGARDING PROVIDING DOCUMENTS OBTAINED FROM BOX TO SPIRO TSAPARAS**

Pursuant to the Court's Minute Order entered on August 20, 2025 (Dkt. No. 786), the undersigned counsel for Plaintiff/Judgment Creditor NHC, LLC ("NHC") hereby provides a status report regarding providing documents obtained from Box to Judgment Debtor Spiro Tsaparas ("Tsaparas").

NHC intends to provide an electronic copy of all documents it received from Box to Tsaparas. Per the request of Tsaparas, the documents will be loaded onto a portable electronic device and made available for pickup at the Chicago, Illinois office of Vedder Price P.C. (counsel for NHC). Due to the volume of documents produced by Box and the schedules of the parties involved, the portable electronic device containing the documents will be available for pickup the week of September 15, 2025. The undersigned will coordinate pickup with Tsaparas and his agent.

Dated: September 11, 2025

Respectfully submitted,
NHC LLC
By: /s/ *Zachary J. Watters*
One of Its Attorneys

Daniel P. Jackson, Bar No. 6289813

VP/#73100530.1

Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675
Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T:  +1 312 332 3033
gsmarziani@davismcgrath.com

*Counsel for NHC LLC*

2

VP/#73100530.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 11, 2025, a true and correct copy of the foregoing **PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT REGARDING PROVIDING DOCUMENTS OBTAINED FROM BOX TO SPIRO TSAPARAS** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

Additionally, I hereby certify that, on September 11, 2025 a true and correct copy the foregoing was served on the following individuals and entities in the manner indicated below:

Spiro Tsaparas
Via email to spiro@msourcingllc.com

Peter Alexopoulos
Via email to peter@srtrainingllc.com

Centaur Construction Company
Via U.S. First Class Mail
Illinois Secretary of State
501 S. Second St., Suite 328
Springfield, IL 62756

/s/ Zachary J. Watters
An Attorney for NHC LLC

3

VP/#73100530.1