# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, | |
| Plaintiff, | |
| v. | No. 19-cv-06332 |
| CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, | Honorable Matthew F. Kennelly |
| Defendants. | |

### PLAINTIFF/JUDGMENT CREDITOR NHC, LLC AND CITATION RESPONDENT CORRI McFADDEN'S JOINT STATUS REPORT

Pursuant to the Court's Order Regarding McFadden Citation entered on August 23, 2025 (Dkt. No. 787), the undersigned counsel for Plaintiff/Judgment Creditor NHC, LLC ("NHC") and Citation Respondent Corri McFadden ("McFadden") hereby provide their Joint Status Report.

NHC and McFadden have not yet resolved the issues raised in NHC's Motion to Compel Production of Documents by Citation Respondent Corri McFadden and To Extend the Citation Issued to Corri McFadden (Dkt. No. 780) (the "Motion"). NHC and McFadden both wish to continue to attempt to resolve the issues raised in the Motion. Accordingly, and in order to provide the necessary time, NHC and McFadden jointly request that the citation issued to McFadden be extended an additional 30 days, to October 22, 2025.

Dated: September 15, 2025

Respectfully submitted,
NHC LLC
By: /s/ *Zachary J. Watters*
One of Its Attorneys

Daniel P. Jackson, Bar No. 6289813
Bryan K. Clark, Bar No. 6296090
Zachary J. Watters, Bar No. 6310675

Allison E. Czerniak, Bar No. 6319273
Keeley A. Sawyer, Bar No. 6336704
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
bclark@vedderprice.com
zwatters@vedderprice.com
aczerniak@vedderprice.com
ksawyer@vedderprice.com

Gini S. Marziani, Bar No. 3127421
Davis McGrath LLC
125 S. Wacker Drive
Chicago, Illinois 60606
T: +1 312 332 3033
gsmarziani@davismcgrath.com

*Counsel for NHC LLC*

|  |  |
|---|---|
| Dated: September 15, 2025 | Respectfully submitted,<br>CORRI McFADDEN<br>By: /s/ *Amy J. Kanarowski*<br>One of the attorneys for Corri McFadden,<br>Third Party Citation Respondent |

Daniel Lynch (6202499)
Amy J. Kanarowski (6292957)
LYNCH THOMPSON, LLP
150 S. Wacker Drive #2550
Chicago, Illinois 60606
(312) 346-1600
dlynch@lynchthompson.com
docketing@lynchsthompson.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 15, 2025, a true and correct copy of the foregoing **PLAINTIFF/JUDGMENT CREDITOR'S STATUS REPORT REGARDING PROVIDING DOCUMENTS OBTAINED FROM BOX TO SPIRO TSAPARAS** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and thereby served electronically by the CM/ECF system on all counsel of record.

Additionally, I hereby certify that, on September 15, 2025 a true and correct copy the foregoing was served on the following individuals and entities in the manner indicated below:

Spiro Tsaparas
Via email to spiro@msourcingllc.com

Peter Alexopoulos
Via email to peter@srtrainingllc.com

Centaur Construction Company
Via U.S. First Class Mail
Illinois Secretary of State
501 S. Second St., Suite 328
Springfield, IL 62756

                                                                           */s/ Zachary J. Watters*
                                                                           An Attorney for NHC LLC