# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NHC LLC, a Florida limited liability company, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-06332 |
| CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS, | Honorable Matthew F. Kennelly |
| Defendants. | |

## AGREED ORDER REGARDING CITATIONS TO
## BRYAN KELLN AND PLATINUM EQUITY ADVISORS LLC

This cause coming to be heard before the Honorable Judge Matthew Kennelly pursuant to the agreement of Plaintiff NHC LLC ("Judgment Creditor"), Respondent Bryan Kelln ("Kelln"), and Respondent Platinum Equity Advisors LLC ("PEA LLC") (collectively and solely for purposes of this Agreed Order, the "Parties") as it relates to Judgment Creditor's citation to discover assets to Kelln (the "Kelln Citation") pursuant to the judgment entered against him (the "Kelln Judgment") and Judgment Creditor's citation to discover assets to PEA LLC (the "PEA LLC Citation") that relates to the Kelln Judgment, the Parties being in agreement as to the matters covered herein and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED:

(1) The Kelln Citation (that has a current return date of September 17, 2025) is entered and continued to October 22, 2025 at 9:30 a.m.

(2) The PEA LLC Citation (that has a current return date of September 17, 2025) is entered and continued to October 22, 2025 at 9:30 a.m.

(3) Any other matters scheduled for September 17, 2025 shall proceed as scheduled/noticed.

(4) The Kelln Citation and the PEA LLC Citation remain in full force and effect at this juncture.

(5) The Parties reserve all respective rights and/or remedies with respect to the Kelln Judgment, the Kelln Citation, and/or the PEA LLC Citation.

Date: September 17, 2025

By: _____
MATTHEW F. KENNELLY
United States District Judge

Order Prepared by:

Daniel P. Jackson, Bar No. 6289813
Zachary J. Watters, Bar No. 6310675
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
djackson@vedderprice.com
zwatters@vedderprice.com

Counsel for NHC LLC