**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

NHC LLC, et al.
                                    Plaintiff,

v.                                            Case No.: 1:19−cv−06332
                                                     Honorable Matthew F. Kennelly

Centaur Construction Company Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 9/17/2025. (Item 1) The citation as to Cori McFadden is extended to 10/22/2025. (Item 2) Mr. Tsaparas acknowledged receipt of documents from Amundsen Davis. (Item 3) The 10/8/2025 citation hearing regarding Restoration Hardware, Inc., JAMP Investments LP, and Jason Scher is continued to 10/22/2025 at 9:30 a.m. (Item 4) Plaintiff's motion to file under seal [807] is granted. (Item 5) Partial oral ruling made on the plaintiff's motion to compel Production of Documents by Citation Respondents M Development, LLC and M Sourcing, LLC [761] is entered and continued to 10/22/2025. Respondents' objections to the citation and to venue/jurisdiction are overruled. Plaintiff and citation respondents are directed to meet and confer in good faith to attempt to reach an accommodation regarding the scope of document made with in the citations. The parties are directed to file a joint status report in this regard on 10/8/2025. The remainder of the motion to compel is entered and continued to 10/22/2025 at 9:30 a.m. (Item 6) Mr. Tsaparas is directed to supplement his response regarding the contempt matter concerning Triton [799] by 10/1/2025; plaintiff's reply is due 10/15/2025. (Item 7) Plaintiff's counsel and Mr. Tsaparas and Mr. Alexopoulos are to confer on a schedule for supplementing the defendants' responses regarding compliance with accounting obligations. A draft order with a schedule is to be submitted to the Court by 9/23/2025. (Item 8) The next citation and motion hearings in the case are set for 10/22/2025 at 9:30 a.m. The hearings will be held in Courtroom 2103. Counsel for M Development, LLC and M Sourcing and Mr. Tsaparas are allowed to appear by telephone for the 10/22/2025 hearing. Counsel for M Development, LLC and M Sourcing and Mr. Tsaparas are to call the following number for the 10/22/2025 hearing: 650−479−3207; access code 2305−915−8729. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.