**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NHC LLC, a Florida limited liability company,<br>　　　　　　Plaintiff,<br>　　v.<br><br>CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, *et al*.<br>　　　　　　Defendants. | Case No. 19-cv-6332<br>Judge Matthew Kennelly |

**AGREED ORDER EXTENDING CITATION**
**(Hershey-Bateman Family Trust)**

　　This matter coming before the Court pursuant to agreement between Plaintiff NHC LLC ("Judgment Creditor"), through its counsel, and Respondent Jane Bronwyn Bateman-Hershey, as trustee of Hershey-Bateman Family Trust ("Respondent," together with Judgment Creditor and solely for purposes of this Agreed Order, the "Parties"), through Respondent's counsel, as it relates to Judgment Creditor's Third-Party Alias Citation to Discover Assets issued to Respondent (the "Hershey-Bateman Family Trust Citation"), the Parties being in agreement as to the matters covered herein and the Court being fully advised in the premises:

　　IT IS HEREBY ORDERED that the Hershey-Bateman Family Trust Citation is hereby extended to November 10, 2025.


Date: September 23, 2025


By: *[signature]*
　　MATTHEW F. KENNELLY
　　United States District Judge